**GREITZER & LOCKS, Gene Locks and Martin Greitzer; Neil R. Peterson, Appellants,**

**v.**

**JOHNS–MANVILLE CORPORATION and Johns-Manville Sales Corporation; Raybestos-Manhatten, Inc.; Eagle-Picher Industries, Inc.; Unarco Industries, Inc.; Fibreboard Corporation; H.K. Porter Company; Southern Textile Corporation; Pittsburgh Corning Corporation; The Celotex Corporation; Keene Corporation, Appellees,**

**United States of America, Amicus Curiae.**

**Virginia Asbestos Plaintiffs, Amicus Curiae.**

**No. 81–1379.**

United States Court of Appeals, Fourth Circuit.

Argued June 8, 1982.

Decided June 17, 1982.

Certiorari Denied Nov. 8, 1982.

See 103 S.Ct. 364.

Robert C. Nusbaum, Norfolk, Va. (Hofheimer, Nusbaum, McPaul & Brenner, Norfolk, Va., on brief) for appellants.

C. Michael Montgomery, C. Grigsby Scifres, Norfolk, Va. (Seawell, Dalton, Hughes & Timms, Norfolk, Va., on brief), for Johns-Manville Corp. and Johns-Manville Sales Corp.

Archibald Wallace, III, Richmond, Va. (Albert D. Bugg, Jr., Sands, Anderson, Marks & Miller, Richmond, Va., on brief) for H.K. Porter Co., Inc. & Southern Textile Corp.

(William V. Hoyle, Charles A. Smith, Philip S. Payne, Hoyle, Corbett, Hubbard, Smith & Payne on brief) for Raybestos-Manhatten, Inc.

(William B. Eley, Eley, Rutherford & Leafe, Norfolk, Va., on brief), for Eagle-Picher Industries, Inc.

(Gerard E.W. Voyer, Taylor, Walker & Adams, Norfolk, Va., on brief), for Unarco Industries, Inc.

(M. Stuart Bateman, Newport News, Va., on brief), for Fibreboard Corp.

(Worth Banner, Reynolds, Smith & Winters, Norfolk, Va., on brief), for Pittsburgh Corp.

(John Y. Pearson, Jr., Bruce T. Bishop, Willcox, Savage, Lawrence, Dickson & Spindle, Norfolk, Va., on brief), for Celotex Corp.

(Henry C. Morgan, Jr., Pender, Coward, Addison & Morgan, Norfolk, Va., on brief) for Keene Corp.

Before WINTER, Chief Judge, and BUTZNER, RUSSELL, WIDENER, HALL, PHILLIPS, MURNAGHAN, SPROUSE, ERVIN, CHAPMAN, Circuit Judges, sitting in banc.

PER CURIAM:

The judgment of the district court is affirmed by an equally divided court.

AFFIRMED.